IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 21-CR-30186-DWD |
| | ) | |
| DORELL C. WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On May 17, 2022, this Court entered order of forfeiture (Doc. 27) against defendant Dorell C. Watson, for the following property which had been seized from the defendant:

1. **One Glock, .40 caliber firearm, Model 27, bearing serial number EWS807;**
2. **One Ruger, Model Security 9, 9mm caliber pistol, bearing serial number 382-80145; and**
3. **Any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 25, 2022, and ending June 23, 2022, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the

above-described property that is the subject in the order of forfeiture (Doc.27) filed on May 17, 2022, namely:

1. **One Glock, .40 caliber firearm, Model 27, bearing serial number EWS807;**
2. **One Ruger, Model Security 9, 9mm caliber pistol, bearing serial number 382-80145; and**
3. **Any and all ammunition contained therein.**

The United States Marshal or the property custodian for the bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: August 22, 2022**

*[Signature]*

**DAVID W. DUGAN**
**United States District Judge**

2